|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | APR 1 2020 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>LUIS ALBERTO GARCIA; ERIC JASPER LEBEAU,<br><br>        Defendants-Appellees. | No. 19-30279<br><br>D.C. No. 2:19-cr-00020-DLC-1<br>District of Montana,<br>Butte<br><br>ORDER |

Appellant's unopposed motion for voluntary dismissal of this appeal (Docket Entry No. 5) is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court acts as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Megan Howard
Deputy Clerk
Ninth Circuit Rule 27-7