IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–20–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| LUIS ALBERTO GARCIA and ERIC JASPER LEBEAU, | |
| Defendants. | |

Before the Court is the United States' Unopposed Motion to Dismiss Indictment with Prejudice. (Doc. 64.)

IT IS ORDERED that the motion (Doc. 64) is GRANTED. The indictment in this case is DISMISSED with prejudice.

DATED this 2nd day of April, 2020.

_____
Dana L. Christensen, District Judge
United States District Court

1